IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALICE M. CARR | : | CIVIL ACTION |
| v. | : | |
| ABINGTON MEMORIAL HOSPITAL, et al. | : | NO. 23-1822 |

ORDER

AND NOW this 28th day of November, 2023, for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that:

(1) The motion of defendants to dismiss (Doc. # 11) is GRANTED in part and DENIED in part;

(2) The motion to dismiss Count I is GRANTED as to defendants Abington Memorial Hospital and Pension Plan of Abington Memorial Hospital;

(3) The motion to dismiss Count II is GRANTED as to defendants Abington Memorial Hospital, Pension Plan of Abington Memorial Hospital, and Jefferson Defined Benefit Plan;

(4) The motion to dismiss Count III is GRANTED as to defendants Abington Memorial Hospital, Pension Plan of Abington Memorial Hospital, Thomas Jefferson University, and Jefferson Defined Benefit Plan; and

(5) The motion to dismiss is otherwise DENIED.

BY THE COURT:

/s/   Harvey Bartle III
                                                    J.