```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALICE CARR                      :        CIVIL ACTION
                                :
       v.                       :
                                :
ABINGTON MEMORIAL HOSPITAL, et  :        NO. 23-1822
al.                             :
```

ORDER

AND NOW, this 17th day of June, 2024, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that the motion of plaintiff Alice Carr to Strike Defendants' Untimely Answer to Complaint (Doc. # 48) is DENIED without prejudice.

BY THE COURT:

/s/   Harvey Bartle III
                            J.