```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALICE M. CARR                      :         CIVIL ACTION
                                   :
        v.                         :
                                   :
ABINGTON MEMORIAL HOSPITAL,        :         NO. 23-1822
et al.                             :
```

ORDER

AND NOW, this 8th day of August 2024, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of defendants Jefferson Defined Benefit Plan and Thomas Jefferson University for summary judgment (Doc. # 47) as to Count I of the complaint is GRANTED;

(2) The motion of plaintiff Alice M. Carr for summary judgment (Doc. # 46) as to Count I of the complaint is DENIED;

(3) The motion of plaintiff Alice M. Carr for summary judgment against defendant Thomas Jefferson University on Count II is GRANTED.  The Court awards plaintiff Alice M. Carr a penalty in the amount of $4,070; and

(4) The motion of defendant Thomas Jefferson University on Count II for summary judgment is DENIED.

BY THE COURT:


/s/   Harvey Bartle III
                                                        J.